IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBORAH KAYS, | : | |
| Plaintiff | : | |
| v. | : | CIVIL NO. 1:13-CV-02468 |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | : | (Judge Kane) |
| Defendant | : | |

## ORDER

December 10, 2014

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of the Commissioner and against Deborah Kays as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Deborah Kays social security disability insurance benefits is affirmed.

3. The Clerk of Court shall close this case.

BY THE COURT:

s/Yvette Kane
Yvette Kane
United States District Judge